# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEMETT, MARK T. | § | Case No. 10-40121 |
| WEMETT, SHARON E. | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               CLERK  OF THE COURT
               219 s. DEARBORN STREET
               CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,

               Henry Hyde Judicial Office Facility
               505 N. County Farm Road
               Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/05/2012</u>            By: <u>CLERK  OF THE COURT</u>

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEMETT, MARK T. | § | Case No. 10-40121 |
| WEMETT, SHARON E. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,001.06 |
| and approved disbursements of | $ | 126.96 |
| leaving a balance on hand of[1] | $ | 7,874.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,550.11 | $ 0.00 | $ 1,550.11 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 44.00 | $ 0.00 | $ 44.00 |
| Other: Intrenational Sureties Ltd. | $ 10.53 | $ 10.53 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,594.11 |
| Remaining Balance | $ | 6,279.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,649.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Illinois Department of Revenue | $      4,649.55 | $      0.00 | $      4,649.55 |
| | Total to be paid to priority creditors | | $      4,649.55 | |
| | Remaining Balance | | $      1,630.44 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 436,422.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Captila One | $      551.27 | $      0.00 | $      2.06 |
| 2 | FIA Card Services | $      30,547.42 | $      0.00 | $      114.12 |
| 3 | FIA Card Services | $      16,932.67 | $      0.00 | $      63.26 |
| 4 | Quantum3 Group as agents for | $      334.82 | $      0.00 | $      1.25 |
| 5 | Quantum3 Group as agent for | $      334.82 | $      0.00 | $      1.25 |
| 6 | Quantum3 Group as agent for | $      409.32 | $      0.00 | $      1.53 |
| 7 | NC Equipment Finance LLC | $      144,786.21 | $      0.00 | $      540.91 |
| 8 | American Express Bank | $      2,220.20 | $      0.00 | $      8.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | JPMorgan Chase Bank | $ 40,306.04 | $ 0.00 | $ 150.59 |
| 12 | BMO Harris | $ 200,000.00 | $ 0.00 | $ 747.18 |

Total to be paid to timely general unsecured creditors          $          1,630.44

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,123.20  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11A | Illinois Department of Revenue | $ 1,123.20 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors          $          0.00

Remaining Balance          $          0.00

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-40121-DRC
Mark T. Wemett                                                            Chapter 7
Sharon E. Wemett
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 3          Date Rcvd: Dec 06, 2012
                             Form ID: pdf006          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2012.
```
db/jdb      +Mark T. Wemett,    Sharon E. Wemett,    2510 Nan St.,    Aurora, IL 60502-8749
aty         +The Helms Law Firm Pc,    3400 W Lawrence Avenue,    Chicago, IL 60625-5104
16102386    +Aetna Plywood,    1401 St. Charles,    Maywood, IL 60153-1208
16102387     American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
18677269     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16102388    +American Granite Co.,    1951 Lively Blvd.,    Elk Grove Village, IL 60007-5127
19514191    +BMO Harris Bank N.A., f/k/a Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4014
18809397   +++BMO Harris Bank NA f/k/a Harris NA,    Gina M Lavarda,    Chapman and Cutler LLP,    111 W Monroe St,
              Chicago, IL 60603-4080
16102390    +Best Buy,    P.O. 17298,    Baltimore, MD 21297-1298
18446280    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
16102391    +Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
16102392    +Chase Bank One,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
16102393    +Chase Mortgage,    PO 24696,    Columbus, OH 43224-0696
16102394     Citi Card,    P.O. Box 688914,    Des Moines, IA 50368
16102396    +Cosmos Granite,    811 Lively Blvd.,    Wood Dale, IL 60191-1201
16102397    +Dress Barn,    PO 659570,    San Antonio, TX 78265-9704
18490009   +++FIA CARD SERVICES NA as successor in interest to,    Bank of America NA (USA) & MBNA,
              PO Box 15102,    Wilmington, DE 19886-5102
16102399    +Gander,    P.O. 659569,    San Antonio, TX 78265-9569
16102402    +HSBC Card Services,    PO box 88000,    Baltimore, MD 21288-0001
16102400    +Harris Bank,    155 W. Wilson St.,    Batavia, IL 60510-1957
16102403    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph Street,    Chicago, IL 60602)
18821061     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18771112    +JPMorgan Chase Bank, N.A., Attn: Marion Haile,    201 N. Central Avenue,    Phoenix, AZ 85004-0073
16102405    +Kane Anesthesia,    300 Randall Rd.,    Geneva, IL 60134-4200
16102408    +LG Hansys America,    900 Circle 75 Parkway,    St. 1500,    Atlanta, GA 30339-3035
16102407    +Levantia USA,    PO 59249,    Dallas, TX 75229-1249
16102409     Menards,    Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
16102410    +OSHA,    c/o Liebarager Goegan,    PO 70955,    Charlotte, NC 28272-0955
18627278    +PNC Equipment Finance, LLC,    attn: Candence Freede,    995 Dalton Ave.,
              Cincinnati, OH 45203-1100
16102412    +PNCEF,    c/o Robbins Salmon and Patt,    25 E. Washington, St. 1000,    Chicago, IL 60602-1705
16102411    +Parksite,    1563 Hubbard Ave.,    Batavia, IL 60510-1419
16102413     Quest Diagnostics,    809403,    Chicago, IL 60680
16102414    +Rugby,    747 Chase Ave.,    Elk Grove Village, IL 60007-4803
16102415    +Sears,    PO Box 183082,    Columbus, OH 43218-3082
16102416    +Stalwart Systems,    7797 N. Caldwell,    Niles, IL 60714-3318
16102417    +Stone Design,    598 Mitchell Rd.,    Glendale Heights, IL 60139-2581
16102418    +Treat Metabolic,    1555 Naperville Wheaton Blvd.,    Naperville, IL 60563-1557
16102419    +Universal Granite,    3555 S. Normal Ave.,    Chicago, IL 60609-1721
16102420    +Wells Fargo Mortgage,    P.O. Box 6417,    Carol Stream, IL 60197-6417
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16102398    +E-mail/Text: collector@dupageco.org Dec 07 2012 01:55:03     DuPage County Collector,
              PO Box 787,    Wheaton, IL 60187-0787
16102404     E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 01:58:38     JC Penny,    PO Box 960090,
              Orlando, FL 32896-0001
16102406    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 01:48:07     Kohl Payment Center,
              P.O. 2983,    Milwaukee, WI 53201-2983
18531296     E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2012 02:56:23
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                      TOTAL: 4
```
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18771114*   +JPMorgan Chase Bank, N.A. Attn: Marion Haile,    201 N. Central Ave.,    Phoenix, AZ 85004-0073
16102389    ##+Bank of America,    PO 17322,    Baltimore, MD 21297-1322
16102395    ##+Cosentino,    5649 W. 31st St.,    Cicero, IL 60804-3801
16102401    ##+Harvest Custom Countertops,    400 Wegner Rd.,    West Chicago, IL 60185-2600
                                                                          TOTALS: 0, * 1, ## 3
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

District/off: 0752-1          User: mgonzalez          Page 2 of 3          Date Rcvd: Dec 06, 2012
                             Form ID: pdf006           Total Noticed: 43

        ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2012**                    **Signature:**

District/off: 0752-1          User: mgonzalez          Page 3 of 3          Date Rcvd: Dec 06, 2012
                             Form ID: pdf006          Total Noticed: 43

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2012 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor  Wells Fargo Bank NA anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
          Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Dana N O'Brien    on behalf of Creditor  Wells Fargo Bank NA dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Gina  Lavarda    on behalf of Creditor  Harris N.A. lavarda@chapman.com
          Maria  Georgopoulos    on behalf of Creditor  Wells Fargo Bank NA nd-four@il.cslegal.com
          Michael J. Davis    on behalf of Debtor Mark Wemett mdavis@springerbrown.com,  davislaw80@gmail.com
          Michael T. Benz    on behalf of Creditor  Harris N.A. benz@chapman.com,  eickmann@chapman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 9