# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEMETT, MARK T. | § | Case No. 10-40121 |
| WEMETT, SHARON E. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Mortgage |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | | | | | |
| | Harris Bank | | | | | |
| | Harris Bank | | | | | |
| | Wells Fargo | | | | | |
| | Wells Fargo | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PROTER | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | DuPage County Collector |  |  |  |  |  |
| 11 | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aetna Plywood |  |  |  |  |  |
|  | American Granite Co. |  |  |  |  |  |
|  | Best Buy |  |  |  |  |  |
|  | Central DuPage Hospital |  |  |  |  |  |
|  | Chase Bank One |  |  |  |  |  |
|  | Chase Bank One |  |  |  |  |  |
|  | Chase Bank One |  |  |  |  |  |
|  | Citicard |  |  |  |  |  |
|  | Cosentino |  |  |  |  |  |
|  | Cosmos Granite |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dress Barn | | | | | |
| | Gander | | | | | |
| | HSBC Card Services | | | | | |
| | HSBC Card Services | | | | | |
| | Harris Bank | | | | | |
| | JC Penney | | | | | |
| | Kane Anesthesia | | | | | |
| | Kohls | | | | | |
| | LG Hansys America | | | | | |
| | Levantia USA | | | | | |
| | Menards | | | | | |
| | OSHA | | | | | |
| | Parksite | | | | | |
| | Quest Diagnostics | | | | | |
| | Rugby | | | | | |
| | Sears | | | | | |
| | Stalwart Systems | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Stone Design |  |  |  |  |  |
|  | Treat Metabolic |  |  |  |  |  |
|  | Universal Granite |  |  |  |  |  |
| 8 | AMERICAN EXPRESS BANK |  |  |  |  |  |
| 2 | FIA CARD SERVICES |  |  |  |  |  |
| 3 | FIA CARD SERVICES |  |  |  |  |  |
| 10 | HARRIS, BMA |  |  |  |  |  |
| 12 | HARRIS, BMO |  |  |  |  |  |
| 9 | JPMORGAN CHASE BANK |  |  |  |  |  |
| 7 | NC EQUIPMENT FINANCE LLC |  |  |  |  |  |
| 1 | ONE, CAPTILA |  |  |  |  |  |
| 5 | QUANTUM3 GROUP AS AGENT FOR |  |  |  |  |  |
| 6 | QUANTUM3 GROUP AS AGENT FOR |  |  |  |  |  |
| 4 | QUANTUM3 GROUP AS AGENTS FOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-40121 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WEMETT, MARK T. | | Date Filed (f) or Converted (c): | 09/07/10 (f) |
| | WEMETT, SHARON E. | | 341(a) Meeting Date: | 11/09/10 |
| For Period Ending: | 06/19/13 | | Claims Bar Date: | 04/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 1,850.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY | 140,000.00 | 0.00 | | 0.00 | FA |
| 3. REAL PROPERTY | 150,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL PROPERTY | 95,000.00 | 0.00 | | 0.00 | FA |
| 5. REAL PROPERTY | 900,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 2,400.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 2,000.00 | 0.00 | | 2,200.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 10. PENSION PLANS AND PROFIT SHARING | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2003 GMC VAN | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 1998 TAURUS | 2,500.00 | 0.00 | | 0.00 | FA |
| 14. 1971 SKYLARK | 500.00 | 0.00 | | 400.00 | FA |
| 15. 2004 CHEVY BOX TRUCK | 3,500.00 | 0.00 | | 0.00 | FA |
| 16. 4 SNOWMOBILES | 4,800.00 | 0.00 | | 2,500.00 | FA |
| 17. BOATS | 3,500.00 | 0.00 | | 2,900.00 | FA |
| 18. TAX REFUNDS | Unknown | 0.00 | | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,319,050.00 | $0.00 | | $8,001.06 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 17.02d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-40121 Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WEMETT, MARK T. | Date Filed (f) or Converted (c): 09/07/10 (f) |
| | WEMETT, SHARON E. | 341(a) Meeting Date: 11/09/10 |
| | | Claims Bar Date: 04/24/12 |

Initial Projected Date of Final Report (TFR): 12/30/11     Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-40121 -CAS |
| Case Name: | WEMETT, MARK T. |
| | WEMETT, SHARON E. |
| Taxpayer ID No: | *******5385 |
| For Period Ending: | 06/19/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1301 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 7,876.85 | 7,876.85 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -2.75 | | 7,874.10 |
| 01/12/13 | 010001 | Brenda Porter Helms | | | | 1,550.10 | | | 6,324.00 |
| 01/12/13 | 010002 | Brenda Porter Helms | | | | 44.00 | | | 6,280.00 |
| 01/12/13 | 010003 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago IL 60664 | Final Distribution | | | 4,649.55 | | | 1,630.45 |
| 01/12/13 | 010004 | Captila One c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas TX 75374 | Final Distribution | | | 2.06 | | | 1,628.39 |
| 01/12/13 | 010005 | FIA Card Services successor to Bank of America P.O. Box 15102 Wilmington DE 19886 | Final Distribution | | | 177.38 | | | 1,451.01 |
| 01/12/13 | 010006 | Quantum3 Group as agent for World Financial Network P.O. Box 788 Kirkland WA 98083 | Final Distribution | | | 4.03 | | | 1,446.98 |
| 01/12/13 | 010007 | NC Equipment Finance LLC Attn: Candence Freede 995 Dalton Ave Cincinnati OH 45203 | Final Distribution | | | 540.91 | | | 906.07 |
| 01/12/13 | 010008 | American Express Bank c/o Becket and Lee P.O. Box 3001 Malvern PA 19355 | Final Distribution | | | 8.29 | | | 897.78 |
| 01/12/13 | 010009 | JPMorgan Chase Bank Attn: Marion Haile 201 N. Central Ave Phoenix AZ 85004 | Final Distribution | | | 150.59 | | | 747.19 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.02d

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-40121 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WEMETT, MARK T. | | Bank Name: | ASSOCIATED BANK |
| | WEMETT, SHARON E. | | Account Number / CD #: | *******1301 Checking - Non Interest |
| Taxpayer ID No: | *******5385 | | | |
| For Period Ending: | 06/19/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/12/13 | 010010 | BMO Harris | Final Distribution | | | 747.19 | | | 0.00 |
| 04/01/13 | | Associated Bank | Bank posted deposit in error | | | | 150.00 | | 150.00 |
| 04/01/13 | | ASSOCIATED BANK | Bank deposited funds in error | | | | -150.00 | | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******1301 | Balance Forward | 0.00 | 10 Checks | 7,874.10 |
| | 0 Deposits | 0.00 | 2 Adjustments Out | 152.75 |
| | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 8,026.85 |
| | 1 Adjustments In | 150.00 | | |
| | 1 Transfers In | 7,876.85 | | |
| | Total | $ 8,026.85 | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.02d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-40121 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WEMETT, MARK T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | WEMETT, SHARON E. | | Account Number / CD #: | *******5932 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5385 | | | |
| For Period Ending: | 06/19/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/24/11 | | Gina Lennon | debtors equity in personal property | 8,000.00 | | | | | 8,000.00 |
| 05/24/11 | 8 | Asset Sales Memo: | FIREARMS AND HOBBY EQUIPMENT $2,200.00 | | | | | | 8,000.00 |
| 05/24/11 | 14 | Asset Sales Memo: | 1971 SKYLARK $400.00 | | | | | | 8,000.00 |
| 05/24/11 | 16 | Asset Sales Memo: | 4 SNOWMOBILES $2,500.00 | | | | | | 8,000.00 |
| 05/24/11 | 17 | Asset Sales Memo: | BOATS $2,900.00 | | | | | | 8,000.00 |
| 05/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.01 | | | | 8,000.01 |
| 06/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 8,000.08 |
| 07/29/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.06 | | | | 8,000.14 |
| 08/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 8,000.21 |
| 09/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 8,000.28 |
| 10/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 8,000.35 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.19 | | 7,990.16 |
| 11/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,990.23 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.85 | | 7,980.38 |
| 12/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,980.45 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.84 | | 7,970.61 |
| 01/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,970.68 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.45 | | 7,960.23 |
| 02/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,960.29 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | | | 10.53 | | | 7,949.76 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.46 | | 7,940.30 |
| 03/30/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,940.37 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.76 | | 7,930.61 |
| 04/30/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,930.68 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.08 | | 7,920.60 |
| 05/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,920.67 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.06 | | 7,910.61 |
| 06/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,910.67 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.02d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40121 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WEMETT, MARK T. | Bank Name: | BANK OF AMERICA, N.A. |
| | WEMETT, SHARON E. | Account Number / CD #: | *******5932 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5385 | | |
| For Period Ending: | 06/19/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.40 | | 7,901.27 |
| 07/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,901.34 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.36 | | 7,890.98 |
| 08/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 7,891.05 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.03 | | 7,881.02 |
| 09/14/12 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 7,881.05 |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | | | | -4.20 | | 7,876.85 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -7,876.85 | 0.00 |

| Account *******5932 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 8,000.00 | 1 | Checks | 10.53 |
| | 17 | Interest Postings | 1.06 | 12 | Adjustments Out | 113.68 |
| | | | | 1 | Transfers Out | 7,876.85 |
| | | Subtotal | $ 8,001.06 | | | |
| | | | | | Total | $ 8,001.06 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,001.06 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.02d

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40121 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WEMETT, MARK T. | Bank Name: | BANK OF AMERICA, N.A. |
|  | WEMETT, SHARON E. | Account Number / CD #: | *******5932  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5385 | | |
| For Period Ending: | 06/19/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | | 1 Deposits | 8,000.00 | | 11 Checks | 7,884.63 |
| | | 17 Interest Postings | 1.06 | | 14 Adjustments Out | 266.43 |
| | | | | | 1 Transfers Out | 7,876.85 |
| | | Subtotal | $ 8,001.06 | | Total | $ 16,027.91 |
| | | 1 Adjustments In | 150.00 | | | |
| | | 1 Transfers In | 7,876.85 | | | |
| | | Total | $ 16,027.91 | | Net Total Balance | $ 0.00 |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 06/19/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.02d